FLORENCE U. BRESLAV, on Behalf of Herself and Others, Respondent, *v.* NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY et al., Appellants.

Argued March 2, 1937; decided March 16, 1937.

*Joseph M. Proskauer, Robert E. Coulson, Thomas H. Beardsley, J. Alvin Van Bergh* and *Albert L. Solodar* for appellants.

*Arthur V. McDermott, Thomas Gregory, Mary H. Donlon* and *James Bundy Burke* for respondents.

Order affirmed, with costs; and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.